IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHIRLEY ADAMS,** | )<br>) |
| Plaintiff, | )  Civil No. **07-501-DRH**<br>) |
| v. | )  CJRA Track: **B**<br>) |
| **ALTER BARGE LINE, INC.** | )  Presumptive Trial Month:<br>)  **September, 2008** |
| Defendant. | ) |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion to Compel. **(Doc. 14)**. Defendant has not responded to the motion, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion, pursuant to SDIL-LR 7.1.

Upon consideration and for good cause shown, Plaintiff's Motion to Compel **(Doc. 14)** is **GRANTED**. Defendant shall answer plaintiff's interrogatories and produce the documents requested no later than **February 18, 2008.**

**IT IS SO ORDERED.**

DATED: February 11, 2008.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**