IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SHIRLEY ADAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **07-501-DRH** |
| | ) | |
| **ALTER BARGE LINE, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion to Compel and for Sanctions. **(Doc. 27)**. Defendant filed a response at **Doc. 31.**

This motion concerns plaintiff's Second Request for Production of Documents, which was served on March 5, 2008. Plaintiff requested documents showing reviews of the performance of administrative employees other than plaintiff, dating from the year 2000 to the present. **Doc. 27, Exhibit A**. Defendant filed a timely objection thereto, a copy of which is attached to **Doc. 27 as Exhibit C**. As is set forth in plaintiff's Motion, the parties thereafter agreed to a modification of plaintiff's request, and defendant agreed to produce documents responsive to the modified request "'as soon as possible,' and anticipated the production by the first part of this week (the week of April 21)." Plaintiff filed her motion on April 25, 2008. She asks for sanctions consisting of "attorneys' fees, and an order barring defendant from introducing any evidence relating to plaintiff's performance." **Doc. 27.**.

Plaintiff's counsel received the documents in the mail on April 26, 2008. See, Plaintiff's Supplement, **Doc. 29**. According to defendant's response, the documents were received by

1

defendant's attorney on April 22, 2008, and were mailed to plaintiff's counsel on the next day. **See, Doc. 31.** Thus, plaintiff has received the requested documents, and there appears to be no basis for sanctions.

Upon consideration and for good cause shown, Plaintiff's Motion to Compel and for Sanctions **(Doc. 27)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: May 6, 2008.**


             **s/ Clifford J. Proud**
             **CLIFFORD J. PROUD**
             **UNITED STATES MAGISTRATE JUDGE**